P.R. LBF F

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:

SONIA M. ACEVEDO MARRERO
Debtor

MARGARITA ROSADO MUÑOZ, GABRIEL ROSADO MUÑOZ and DAVID ROSADO NUÑEZ
Movants

vs
SONIA M. ACEVEDO MARRERO
Respondent

CASE NO BKT 10-11522 BKT

Chapter 11

INDEX

## NOTICE OF MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362

To the above named respondent(s):

You are hereby notified that on DECEMBER 15, 2010 the above named movant(s) filed a Motion Seeking Relief from the Automatic Stay under 11 U.S.C. § 362.

Service of the motion and notice must be made within three (3) days after issuance of the motion. A certificate of service must be filed forthwith, but no later than five (5) days after the service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance.

You must file an answer to the motion within 14 days from the service of this notice, and serve such answer upon movant or his attorney EDGARDO MUNOZ whose address is PO Box 360971, San Juan, PR 00936-0971; Tel. (787) 524-3888 Fax (787) 524-3888 emunoz@emunoz.net.

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is filed, then JAN 11 2011 at 9:00 a.m./p.m. at the United States Bankruptcy Court, U.S. Post Office and Courthouse Bldg., 300 Recinto Sur St., 3 Floor, Courtroom 3, Old San Juan, PR, is fixed as the time and place for the preliminary and/or final hearing on such motion.

CELESTINO MATTA-MENDEZ, CLERK
United States Bankruptcy Court

By: _____

Date of Issuance: DEC 16 2010

Rule 4001-1 of the Local Rules of the U.S. Bankruptcy Court for the District of Puerto Rico establishes the