IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

SONIA M ACEVEDO MARRERO

XXX-XX-3239

Debtor(s)

CASE NO. 10-11522 BKT

Chapter 11

FILED & ENTERED ON 12/16/2010

## ORDER AND NOTICE

On 12/15/2010, Gabriel Rosado Munoz, Margarita Rosado Munoz, David Rosado Nunez filed a Motion to Dismiss or Convert under 11 USC §1112(b)(docket #8).

1. A hearing will be held on 01/11/2011 at 09:00 A.M. before the undersigned, at the U.S Bankruptcy Court, Jose V. Toledo Post Office & Courthouse Building, Courtroom No. 3, Third Floor, 300 Recinto Sur Street, Old San Juan, Puerto Rico.

2. If the debtor fails to timely answer, an order may be entered dismissing or converting the case without further notice or hearing.

The Clerk shall give notice to all parties in interest.

San Juan, Puerto Rico, this 16 day of December, 2010.

Brian K. Tester
U. S. Bankruptcy Judge