# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re | CASE NO. 10-11522 BKT |
| SONIA M. ACEVEDO MARRERO<br>  Debtor | Chapter 11 |
| MARGARITA ROSADO MUÑOZ,<br>GABRIEL ROSADO MUÑOZ and DAVID<br>ROSADO NUÑEZ<br>  Movants | INDEX |
| vs | |
| SONIA M. ACEVEDO MARRERO<br>  Respondent | |

## CERTIFICATE OF SERVICE
### (Motion for Relief from Automatic Stay and Notice Thereof)

**THE UNDERSIGNED HEREBY CERTIFIES** that on 12/16/2010 the Notice issued on said date (Dkt. 11), and the Motion for Relief from Automatic Stay filed on 12/15/2010 (Dkt. 9) were sent by certified mail, first class postage prepaid to:

debtor SONIA M. ACEVEDO MARRERO, and her attorney FRANCISCO MOYA HUFF at their addresses of record. (Copies of receipts attached.)

In San Juan, Puerto Rico, this 17th day of December, 2010.

| | |
|---|---|
| EDGARDO MUÑOZ, PSC<br>*Attorney for parties-in-interest*<br>MARGARITA ROSADO MUÑOZ,<br>GABRIEL ROSADO MUÑOZ and DAVID<br>ROSADO NUÑEZ<br>PO Box 360971<br>San Juan, PR 00936-0971 | Tel. (787) 524-3888<br>Fax (787) 524-3888<br><br>**s/ EDGARDO MUÑOZ**<br>  USDC NO. 125713<br>emunoz@emunoz.net |

MCR-Ace-Mot-Relief-stay-CertSvc.wpd

P.R. LBF F

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:                                                    CASE NO   BKT  10-11522 BKT

SONIA M. ACEVEDO MARRERO                                  Chapter 11
Debtor

MARGARITA ROSADO MUÑOZ, GABRIEL ROSADO                    INDEX
MUÑOZ and DAVID ROSADO NUÑEZ
Movants

vs
SONIA M. ACEVEDO MARRERO
Respondent

## NOTICE OF MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362

To the above named respondent(s):

You are hereby notified that on DECEMBER 15, 2010 the above named movant(s) filed a Motion Seeking Relief from the Automatic Stay under 11 U.S.C. § 362.

Service of the motion and notice must be made within three (3) days after issuance of the motion. A certificate of service must be filed forthwith, but no later than five (5) days after the service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance.

You must file an answer to the motion within 14 days from the service of this notice, and serve such answer upon movant or his attorney EDGARDO MUNOZ whose address is PO Box 360971, San Juan, PR 00936-0971; Tel. (787) 524-3888 Fax (787) 524-3888 emunoz@emunoz.net.

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is filed, then JAN 1 1 2011 at 9:00 a.m./p.m. at the United States Bankruptcy Court, U.S. Post Office and Courthouse Bldg., 300 Recinto Sur St., _3_ Floor, Courtroom _3_, Old San Juan, PR, is fixed as the time and place for the preliminary and/or final hearing on such motion.

CELESTINO MATTA-MENDEZ, CLERK
United States Bankruptcy Court

By: _____

Date of Issuance: DEC 16 2010

Rule 4001-1 of the Local Rules of the U.S. Bankruptcy Court for the District of Puerto Rico establishes the

following procedure for Motions Requesting Relief From Stay under 11 U.S.C. § 362:

1. Movant must serve both the motion for relief from stay and a notice that substantially conforms to P.R. LBF J within three (3) days of issuance of the notice.

2. Respondent must file an answer to the motion for relief from stay within 14 days after issuance of the notice. If respondent does not file a timely answer, the Court may enter judgment for the movant and take the matter off the Court's calendar.

3. The notice must set forth the specific date for the preliminary hearing on the motion for relief from stay.

4. Pursuant to 11 U.S.C. § 362(e), the hearing date specified in the notice may be a preliminary hearing, or may be consolidated with the final hearing, as will be determined by the Court.

5. If movant seeks relief with respect to a stay of an act against property under 11 U.S.C. § 362(d)(1) or (d)(2), the motion must be accompanied by the following supporting documents:

    (a) true copies of all notes, bonds, mortgages, security agreements, financing statements, assignments, and any other document on which the movant will rely at the hearing;

    (b) a report of any appraiser whose testimony is to be presented at the hearing;

    (c) a statement of amount due, including a breakdown in the following categories:

        (1) unpaid principal;
        (2) accrued interest, from and to a specific date;
        (3) late charges, from and to a specific date;
        (4) attorney's fees;
        (5) advances for taxes, insurance, and like concepts;
        (6) unearned interest;
        (7) any other charges; and
        (8) a per diem interest factor.

6. At least three (3) days prior to the hearing, respondent must file with the Court and serve upon movant – or his attorney if so represented – a report of any appraiser whose testimony is to be presented at the heraing, as well as a copy of any other document which it will use at the hearing.

7. If the motion for relief from stay is contested, counsel for the parties must confer with respect to the issues raised in the motion, in order to determine whether a consent order may be entered and/or to stipulate to relevant facts about the value of the property, and to the extent and validity of any security agreement.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served a copy of the within Notice and Motion upon respondent SONIA M. ACEVEDO MARRERO, and her attorney FRANCISCO MOYA HUFF on 12/16/2010 . By: CERTIFIED MAI, FIRST CLASS POSTAGE PREPAID
(Date of Service)                                   (Describe Mode of Service) (Receipts attached)

Executed on: 12/17/2010
              (Date)

                                                    /S/ EDGARDO MUNOZ
                                                    SIGNATURE





Edgardo Muñoz, PSC
PO Box 360971
San Juan PR 00936-0971

To:

FRANCISCO R. MOYA HUFF, ESQ
250 PONCE DE LEON AVENUE
CITY TOWERS 7TH FLOOR
HATO REY, PR 00918

$7.34 0
US POSTAGE
FIRST-CLASS
062S0007600606
00936

7010 2780 0000 6075 3709

Edgardo Muñoz, PSC
PO Box 360971
San Juan PR 00936-0971

To:

SONIA M ACEVEDO MARRERO
VILLA VERDE
CALLE F H 2
GUAYNABO, PR 00966

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

GUAYNABO PR 00966

| | |
|---|---|
| Postage | $1.73 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.83 |

Postmark Here — SAN JUAN PR 00936 — DEC 08 2010 — 12/16/2010

Sent To: SONIA M. ACEVEDO MARRERO
Street, Apt. No.; or PO Box No. VILLA VERDE CALLE F H 2
City, State, ZIP+4 GUAYNABO PR 00966

PS Form 3800, August 2006  See Reverse for Instructions

7010 2780 0000 6075 3709