IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO. 10-11522-BKT11 |
|---|---|
| SONIA M. ACEVEDO MARRERO | CHAPTER 11 |
| DEBTOR | |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

COMES NOW creditor, Muñoz, Boneta, Benítez, Peral & Brugueras and through their undersigned counselors, respectfully states and prays as follows:

1. The undersigned attorney enters its appearance as counsel for Muñoz, Boneta, Benítez, Peral & Brugueras.

2. Muñoz, Boneta, Benítez, Peral & Brugueras hereby requests, as creditor and/or party in interest in the above captioned case, to be included in its Master Address List and that all notices and documents filed in this case be mailed to the attention of the undersigned attorney.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 3rd day of January, 2011.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the participants appearing in said record.

MUÑOZ BONETA BENÍTEZ
PERAL & BRUGUERAS
P.O. Box 191979
San Juan, P. R.  00919-1979
Tel.  751-9393   FAX.  751-0910

S/MARÍA S. HOPGOOD
USDC-PR: 217011
mhopgood@munetlaw.com