IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 10-11522(BKT) |
| | * | |
| SONIA M. ACEVEDO MARRERO | * | CHAPTER 11 |
| | * | |
| Debtor | * | |

*********************************************

### INFORMATIVE MOTION REGARDING THE NON-COMPLIANCE BY THE MOVANTS WITH DISCOVERYORDER

TO THE HONORABLE COURT:

Comes now, DEBTOR SONIA M. ACEVEDO MARRERO, through the undersigned attorney who respectfully states and prays:

Parties in interest

1. On December 29, 2010, at Docket #25 the debtor in possession filed a Motion to Shorten Time Period to Deliver Discovery Requested From Movants. In that motion the discovery requested was the identification of the witnesses, a detailed disclosure of what they are going to testify about and all related documents that were going to be used. The motion requested the Court that the Movants should provide all the discovery on or before January 5, 2011. The Order granted the motion on the same date at docket #28.

2. On the 5th of January 2011, counsel for the Movants called our offices and announced that he would use two witnesses which would be the debtor in possession and one of the attorneys of the local court case. Other than this verbal information, no discovery has been received. Movants have disregarded the court order and this does not allow the debtor in possession to be fully prepared as required for the hearing.

3. The hearing is scheduled for tomorrow January 11, 2011 and the Movants have not complied with the discovery order which was due on January 5, 2011.

**THEREFORE,** it is respectfully requested from this Honorable Court that the court enter an Order that denies the presentation of witnesses and documents at the hearing scheduled for January11, 2011 and dismiss both motions.

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following the Offices of the US Trustee, Monsita Lecaroz Arribas – ustpregion21.hr.ecf@usdoj.gov

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 10th day of January, 2011.

**S/ FRANCISCO R. MOYA HUFF, ESQ.**
USDC 130111
City Towers 7th Floor
250 Ponce De Leon Avenue
Hato Rey, Puerto Rico  00918
Phones: (787) 724-2447 / 723-0714
Fax: (787) 725-3685
Email: moyahuff55@prtc.net